UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 17-CV-20573

ENRIQUE ARRIETA SOLANA,

    Plaintiff

vs.

ALL AMERICAN WASTE &
RECYCLING, LLC and ALEXANDER
MONTEAGUDO,

    Defendants

_____ /

DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants ALL AMERICAN WASTE & RECYCLING, LLC and ALEXANDER MONTEAGUDO, pursuant to the Court's Order entered Februrary 15th, 2015 (ECF No. 6) files this response to Plaintiff's statement of Claim and states as follows:

1. No sum of money is due the Plaintiff for any of the claims asserted.

2. At all times material hereto, Plaintiff was in fact an independent contractor. More specifically, on or about April 2015, Plaintiff purchased a truck from Covanta and worked for an individual named William Lopez from June 2015 through April 2016, following which in May 2016 the Plaintiff commenced working as a sub-contractor for All American Waste until October 2016. During this period, Plaintiff himself had 2 drivers that worked directly for plaintiff: Eugenio Hernandez (address believed to be 753 N. 27th Court, Miami, FL 33125) and

    Amado Jordan (address believed to be 1871 W. 62nd Street, Apartment 215, Hialeah).

3. Based upon information and belief, Plaintiff maintained logs for these other drivers that were driving Plaintiff's truck(s), and these logs will support Defendants' claim that Plaintiff was a subcontractor providing trucks and drivers to the Defendant All American Waste and Recycling, LLC.

4. Plaintiff has never been employed by either of defendants.

5. Defendants deny any and all liability for damages.

6. Defendants have retained undersigned counsel as their attorney at an hourly rate of $350.00.  Defendants' claim for attorney's fees as of the filing hereof is 6 hours at $350, totaling $2,100.

                _____
                S/ *Martyn W.D. Verster, Esq.*
                Florida Bar Number: 374067

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by email on March 30, 2017 on all counsel or parties of record on the Service List below.

                                                                                                                 _____

s/ *Martyn Verster, Esq.*

_____

Martyn W.D. Verster, Esq.
Florida Bar Number: 374067
Versterlaw@msn.com
9425 Sunset Drive, Suite 124
Miami, Florida 33173
Telephone: 305-279-2713
Facsimile:   305-777-8861
Attorney for Defendants All American Waste & Recycling, LLC and Alexander Monteagudo

## SERVICE LIST

Brian H. Pollock, Esq.
Brian@fairlawattorney.com
FAIRLAW FIRM
7300 N. Kendall Drive
Suite 450
Miami, Florida 33156
Phone: 305-230-4884
Fax:     305-230-4844
Attorney for Plaintiff ENRIQUE ARRIETA SOLANA