\\CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*UNITED STATES MAGISTRATE JUDGE EDWIN G. TORRES*
James Lawrence King Federal Justice Building - Courtroom 10-5

May 31, 2017     1:30 pm - 3:00   pm

**Clerk:**    Maedon Clark                                                    **D.A.R.:**

17-20573-CIV-KING/TORRES

**ENRIQUE ARRIETA SOLANA**
*Brian Pollock, Esquire*
*vs*

**ALL AMERICAN WASTE & RECYCLING, LLC**
**and**
**ALEXANDER MONTEAGUDO (not present)**
*Martyn Verster, Esquire*
*Iramy Monteagudo, Representative for Corporate Defendant*

REASON FOR HEARING            *SETTLEMENT CONFERENCE*

RESULT OF HEARING             Adjourned