UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 17-CV-20573

ENRIQUE ARRIETA SOLANA,

     Plaintiff

vs.

ALL AMERICAN WASTE &
RECYCLING, LLC and ALEXANDER
MONTEAGUDO,

     Defendants

_____ /

### NOTICE OF WITHDRAWAL OF OBJECTION
### TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

    Defendants hereby withdraw their objection to Plaintiff's Motion for Leave to Amend

Complaint, and Defendants request 15 days to file their response to the Plaintiff's Amended

Complaint.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by filing in

CM/ECF on this 13th day of November, 2017, which will effect service on Brian Pollock, Esq., of

Fairlaw Firm, brian@fairlawattorney.com, cynthia@fairlawattorney.com, counsel for Plaintiff,

7300 N. Kendall Drive, Suite 450, Miami, FL 33156.

E-mail addresses:
primary: versterlaw@msn.com
martyn@theclosingcompany.net
johanna@theclosingcompany.net

MARTYN VERSTER, P.A.
9425 Sunset Drive, Suite 124
Miami, FL 33173
305-279-2713

S/ Martyn W.D. Verster