UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 17-CV-20573


ENRIQUE ARRIETA SOLANA,

      Plaintiff

vs.

ALL AMERICAN WASTE &
RECYCLING, LLC and ALEXANDER
MONTEAGUDO,

      Defendants

_____ /


JOINT MOTION FOR EXTENSION OF TIME
TO FILE ALL MOTIONS


Plaintiff and Defendant jointly move this Honorable Court to grant an extension of time to file all motions, and in support state as follows:

1.     The order setting trial in this cause (ECF no. 11) requires the parties to complete the filing of all motions by January 2nd, 2017.

2.     The parties recently completed discovery, including the deposition of Plaintiff which took place on Friday December 22nd.

3.     The deposition transcript has been ordered and is expected to be ready within 10 business days from December 27th, thus by January 10th.

4.     Both plaintiff and defendant want to use the transcribed deposition in support of final motions, including possible motions for summary judgment.

5.      Counsel for defendants has a jury trial scheduled to commence on Tuesday

January 16th, 2018 (Garcia v. Blanco, Miami-Dade Circuit Court case 2010-8152),

and requests until January 22nd to file all motions, and Plaintiff's counsel does not

oppose the request.

6.      The parties jointly request an extension of time until January 22nd to file their

motions.

Wherefore the parties jointly move this Honorable Court to grant the foregoing motion.


        Respectfully submitted,


FAIRLAW FIRM                          MARTYN W.D. VERSTER, P.A.
*Counsel for Plaintiff*               *Counsel for Defendants*
7300 N. Kendall Drive                 9425 Sunset Drive, Suite 124
Suite 450                             Miami, FL 33173
Miami, FL 33156


*s/Brian H. Pollack, Esq.*            *s/Martyn W.D. Verster, Esq.*
Brian H. Pollock, Esq.                Martyn W.D. Verster, Esq.
Fla. Bar No.  174742                  Fla. Bar No. 374067

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by filing in

CM/ECF on this 29th day of December, 2017, which will effect service on Brian Pollock, Esq., of

Fairlaw Firm, brian@fairlawattorney.com, cynthia@fairlawattorney.com, counsel for Plaintiff,

7300 N. Kendall Drive, Suite 450, Miami, FL 33156.

<div style="margin-left:40%">

MARTYN W.D. VERSTER, P.A.
*Counsel for Defendants*
9425 Sunset Drive, Suite 124
Miami, FL 33173


*s/Martyn W.D. Verster, Esq.*
Martyn W.D. Verster, Esq.
Fla. Bar No. 374067

</div>