UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-20573-KING/TORRES

ENRIQUE ARRIETA SOLANA

        Plaintiff,

vs.

ALL AMERICAN WASTE & RECYCLING, LLC
AND ALEXANDER MONTEAGUDO

        Defendant.
_____/

**ORDER APPROVING STIPULATION FOR SETTLEMENT AGREEMENT**

THIS CAUSE having come before the Court upon Notice of Stipulation of Settlement between the parties, it is:

ORDERED AND ADJUDGED that the Stipulation between the parties is approved by this Court, and that this case stands dismissed with the Court reserving jurisdiction to enforce the parties' agreement and to reopen this matter upon the filing of Affidavit of Non-Compliance by Plaintiff in the event Defendants violate the terms of the Stipulation.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida this 24 day of January, 2018.

                                                  Honorable James Lawrence King
                                                  United States District Court Judge

Notice has been electronically mailed to:
*Counsel of Record by CM/ECF*