UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:17-cv-20573

ENRIQUE ARRIETA SOLANA,

    Plaintiff,

v.

ALL AMERICAN WASTE &
RECYCLING, LLC, *et al.*,

    Defendants.
_____/

## NOTICE OF DISASSOCIATION OF COUNSEL
## AND REMOVAL FROM CM/ECF PORTAL

This Notice of Disassociation is being submitted to inform the Court, parties, and counsel that Max L. Horowitz, Esq. is no longer associated with the law offices of FairLaw Firm, and that the email addresses max@fairlawattorney.com and mhorowitz@rgpattorneys.com be removed from the CM/ECF Portal list.

Dated: 4/27/18

Respectfully submitted,

_/s/ Max Horowitz_
**Max L. Horowitz, Esq.**
Florida Bar No.: 118269
mhorowitz@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIES that a true and correct copy of the this document was served through filing in the U.S. District Court's CM/EDF System on __4/27/18__, which will serve copies on Martyn W.D. Verster, Esq, Versterlaw@msn.com, *Counsel for Defendants,* 9425 Sunset Drive, Suite 124, Suite 300, Miami, Florida 33173, and on all others who appear in this action.

_____
**Max L. Horowitz, Esq.**
Florida Bar No.: 118269
mhorowitz@rgpattorneys.com